UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT SACKMANN FARMS, INC., a Washington Corporation; WARREN SACKMANN and CAROL SACKMANN, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, and EDWARD SCHAFER, U.S. SECRETARY OF AGRICULTURE,<br><br>Defendants. | NO. CV-08-252-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Agreed Stipulation of Dismissal (Ct. Rec. 23). The parties indicate that the case has been settled and ask that the claims be dismissed without prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Agreed Stipulation of Dismissal (Ct. Rec. 23) is **GRANTED**.

2. The above-cause of action is **dismissed** with prejudice and without costs to any party.

///
///

**ORDER GRANTING STIPULATION OF DISMISSAL ~ 1**

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and **close the file**.
3  **DATED** this 22nd day of December, 2009.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2008\Albert Sackmann Farms\grant2.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL ~ 2**